**No. 10-1524. Oheneba Kwame Gyamfi, Petitioner v. United States.**

565 U.S. 826, 132 S. Ct. 118, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5830.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 294.